No. 899. REPUBLIC STEEL CORP. *v.* MADDOX. Supreme Court of Alabama. Certiorari granted. *Andrew J. Thomas* for petitioner. *John D. Prince, Jr.* and *Richard L. Jones* for respondent.

No. 104. JEFFERSON CITY CABINET CO. *v.* LOCAL UNION 748, INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO. C. A. 6th Cir. Certiorari denied. *H. R. Silvers* and *G. Maynard Smith* for petitioner. *Benjamin C. Sigal* and *David S. Davidson* for respondent.

No. 784. BURIE ET AL. *v.* OVERSEAS NAVIGATION CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Edward B. Joachim* for petitioners. *Lawrence J. Mahoney* for respondents.

No. 797. TILLMAN, ADMINISTRATRIX, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Borris M. Komar* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

No. 823. HAMES *v.* UNITED STATES. Court of Claims. Certiorari denied. *O. John Rogge* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 836. CATALANO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Julius Lucius Echeles* for petitioner.